U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Erin E Thompson
Aka Erin Elizabeth Thompson
Case No. 22-01066
SSN: xxx-xx-3445

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below as of December 30, 2022:

## DIRECT LOANS

The borrower executed the following note on or about:
3/22/2012 – Federal Direct Stafford/Ford Loan – Federal Direct Unsubsidized Stafford/Ford Loan – Master Promissory Note – William D. Ford Federal Direct Loan Program

| Disbursement Date | Disbursed Amount | Principal | Interest Rate | Accrued Interest | Total |
|---|---|---|---|---|---|
| 07/02/2012 | $ 2,625.00 | $ 2,852.51 | 3.40% | $101.97 | $ 2,954.48 |
| 07/02/2012 | $ 375.00 | $ 546.34 | 6.80% | $ 39.03 | $ 585.37 |
| 04/09/2014 | $ 1,500.00 | $ 1,648.11 | 3.86% | $ 66.87 | $ 1,714.98 |
| 07/01/2014 | $ 2,000.00 | $ 2,188.29 | 4.66% | $107.18 | $ 2,295.47 |
| 10/06/2014 | $ 3,500.00 | $ 3,829.58 | 4.66% | $187.65 | $ 4,017.23 |
| 10/06/2014 | $ 7,000.00 | $ 8,402.18 | 4.66% | $411.64 | $ 8,813.82 |
| 06/22/2015 | $ 2,000.00 | $ 2,188.29 | 4.66% | $107.18 | $ 2,295.47 |
| 01/12/2016 | $ 4,528.00 | $ 4,926.28 | 4.29% | $222.21 | $ 5,148.49 |
| 01/12/2016 | $ 7,972.00 | $ 9,062.77 | 4.29% | $408.74 | $ 9,471.51 |

## DIRECT CONSOLIDATION LOANS

The borrower executed the following note on or about:
4/19/2016 – Federal Direct Consolidation Loan Application and Promissory Note – William D. Ford Federal Direct Loan Program

| Disbursement Date | Disbursed Amount | Principal | Interest Rate | Accrued Interest | Total |
|---|---|---|---|---|---|
| 07/27/2016 | $ 7,840.83 | $ 8,777.24 | 5.125% | $472.93 | $ 9,250.17 |
| 07/27/2016 | $15,161.48 | $17,040.45 | 5.125% | $918.15 | $17,958.60 |

The Direct loans were made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685).

The total the borrower owes $61,462.04 unpaid principal and $3,043.55 accrued interest, the total is $64,505.59. The account has been credited $157.00. The account is currently serviced by Aidvantage.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1/5/23                                   _____
                                                      Gin Say Chan
                                                      Loan Analyst
                                                      Litigation Support