Entered on Docket May 30, 2023

**Below is the Judgment of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>ERIN ELIZABETH THOMPSON<br><br>Debtor. | Case No.: 22-11903-TWD |
| ERIN ELIZABETH THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Adv. No: 22-01066<br><br>**EX PARTE CONSENT JUDGMENT DECLARING DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT** |

Plaintiff Erin Elizabeth Thompson (Plaintiff) and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Dischargeable Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that her student loan debt held by DOE, as described in the Certificate of Indebtedness attached to the Joint Motion as Exhibit A (the Debt), is dischargeable under 11

| | |
|---|---|
| EX PARTE CONSENT JUDGMENT DECLARING<br>DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT - 1<br>*Thompson v. Dept. of Education*, No. A22-01066 | UNITED STATES ATTORNEY<br>700 STEWART STREET, SUITE 5220<br>SEATTLE, WA 98101<br>Tel. 206-553-7970 |

**Below is the Judgment of the Court.**

U.S.C. § 523(a)(8). Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2. The Debt is dischargeable under 11 U.S.C. § 523(a)(8).

3. If Plaintiff completes her Chapter 13 Plan and receives a general discharge under 11 U.S.C. § 1328 in Case No. B22-11903-TWD, the Debt shall be included within such discharge.

4. Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

**//END OF ORDER//**

Presented by:

*s/ Travis Gagnier*
TRAVIS GAGNIER, WSBA #26379
Law Offices of Travis Gagnier, Inc., P.S.
33507 9th Ave. S., Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
tagagnier@bestbk.com

*s/ Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT - 2
*Thompson v. Dept. of Education*, No. A22-01066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
Tel. 206-553-7970